UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NELSON SALISBURY, et al.,<br>               Plaintiff(s),<br>   v.<br><br>COSTCO WHOLESALE CORPORATION,<br>               Defendant(s). | CASE NO. C25-2277-KKE<br><br>ORDER GRANTING PARTIES' STIPULATED MOTION TO EXTEND DEADLINES |

This matter comes before the Court on the parties' stipulated motion to extend initial case deadlines (Dkt. No. 10). Dkt. No. 12. The parties aver they have met and conferred, and request to extend Defendant's deadline to file its responsive pleading to February 9, 2026. The parties further request the Court extend by 30 days the deadlines for their Federal Rule of Civil Procedure 26(f) conference, initial disclosures, and Joint Status Report. Dkt. No. 12 at 2.

Finding good cause, the Court GRANTS the parties' stipulated motion. Defendant shall file its responsive pleading by 2/9/2026. The Federal Rule of Civil Procedure 26(f) conference deadline is 1/28/2026; the Federal Rule of Civil Procedure 26(a)(1) initial disclosure deadline is 2/11/2026; the Joint Status Report deadline is 2/19/2026.

Dated this 11th day of December, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge