UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NELSON SALISBURY, et al., | CASE NO. C25-2277-KKE |
| Plaintiff(s), | ORDER GRANTING STIPULATED |
| v. | MOTION TO EXTEND DEADLINES |
| COSTCO WHOLESALE CORPORATION, | |
| Defendant(s). | |

This matter is before the Court on the parties' stipulated motion to extend deadlines. Dkt. No. 19. The parties contend that the extension will allow Plaintiffs to file an amended complaint, and thus "streamline the litigation against Costco." *Id.* at 2.

Finding good cause, the Court GRANTS the parties' stipulated motion, and enters the parties' proposed schedule:

| | |
|---|---|
| Amended Complaint Due: | March 9, 2026 |
| Motion to Dismiss Due: | April 21, 2026 |
| Deadline for Rule 26(f) Conference: | May 26, 2026 |
| Opposition Due: | June 2, 2026 |
| Rule 26(a)(1) Initial Disclosures Due: | June 9, 2026 |
| Joint Status Report Due: | June 23, 2026 |
| Reply Due: | June 23, 2026 |

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES - 1

Dated this 6th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES - 2