The Honorable Kymberly K. Evanson

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NELSON SALISBURY, PHILLIP ASPHY, KARL STEINBERG, TESHA GAMINO, LEROY DAVIS, STUART BERGMAN, JORDAN LEVENTHAL, KATHRYN TRAINOR, CYNTHIA REESE, CHAD FORESTER, MICHAEL MATHENGE, PATRICIA BAILEY, DALIT COHEN, and ARIEL GLAZER, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

COSTCO WHOLESALE CORPORATION,

Defendant.

Case No. 2:25-cv-02277-KKE

**STIPULATED MOTION AND ORDER FOR OVER-LENGTH BRIEFS**

**NOTE ON MOTION CALENDAR: APRIL 3, 2026**

**STIPULATION**

Pursuant to Local Civil Rules 7(f), Plaintiffs and Defendant Costco Wholesale Corporation ("Costco") (collectively, the "Parties"), by and through their attorneys, stipulate as follows:

1. On November 14, 2025, plaintiffs filed this putative class-action lawsuit. (Dkt. No. 1).

2. On January 28, 2026, the Parties met and discussed issues related to a related putative class-action alleging similar claims, captioned *Glazer v. Costco Wholesale Corporation*, Case No. 1:25-cv-25057-FAM (S.D. Fla.).  On January 29, 2026, the *Glazer* action was voluntarily

STIPULATED MOTION AND ORDER- 1
Case No. 2:25-cv-02277-KKE

HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA  98104-7029 |
Tel: 206.505.4000

dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and the attorneys representing plaintiff in *Glazer* agreed to file their claims in this action in a consolidated amended complaint.

3.      Costco did not oppose the filing of an amended consolidated complaint, and the Parties stipulated to a briefing schedule for Costco's anticipated motion to dismiss the amended complaint, which the Court granted on February 6, 2026. (Dkt. Nos. 19–20).

4.      On March 9, 2026, plaintiffs filed their Amended Class Action Complaint, which now contains 361 paragraphs, is 59 pages long, and asserts 17 claims for relief. (Dkt. 25).

5.      The Parties have conferred and agree that, in light of the number and nature of plaintiffs' claims, good cause exists for the Court to enter an order, pursuant to LCR 7(f), granting leave to:

     a)  Costco to file an over-length motion to dismiss, not to exceed 10,500 words;

     b)  Plaintiffs to file an over-length opposition, not to exceed 10,500 words; and

     c)  Costco to file an over-length reply brief, not to exceed 5,250 words.

6.      Good cause supports this request. The requested extension is a 25% increase in the word limits under Local Rule 7(e)(4) and will be necessary for the parties to adequately brief the numerous claims before the Court.

7.      The Parties do not waive and expressly reserve all claims and defenses and respectfully request that the Court enter an order granting Costco leave to file an over-length motion to dismiss, and corresponding over-length briefs for the opposition and reply thereto, as outlined above.

///

///

///

STIPULATED MOTION AND ORDER- 2
Case No. 2:25-cv-02277-KKE

HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA  98104-7029 |
Tel: 206.505.4000

Stipulated this 3rd day of April, 2026.

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Steve W. Berman*
Steve W. Berman (SBN 12536)
Shelby Smith (SBN 31377)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Fax: (206) 623-0594
steve@hbsslaw.com
shelby@hbsslaw.com

Nathaniel A. Tarnor
594 Dean Street, Suite 8
Brooklyn, NY 11238
Telephone (212) 752)-5455
Fax: (917) 210-3980
Email: nathant@hbsslaw.com

BARON & BUDD P.C.

Roland Tellis (SBN 186269)
rtellis@baronbudd.com
David Fernandes (SBN 280944)
dfernandes@baronbudd.com
Isaac Miller (SBN 266459)
imiller@baronbudd.com
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818.839.2333

RENNERT VOGEL MANDLER & RODRIGUEZ, P.A.

Daniel S. Maland, Esq.
Florida Bar No. 114932
dmaland@rvmrlaw.com
servicedanielmaland@rvmrlaw.com
Robert M. Stein, Esq.
Florida Bar No. 93936
rstein@rvmrlaw.com
servicerobertstein@rvmrlaw.com
Sandra E. Mejia, Esq.
Florida Bar No. 1026047
smejia@rvmrlaw.com
servicesandramejia@rvmrlaw.com
Miami Tower, Suite 2900

HOLLAND & KNIGHT LLP

By: */s/ Austin Rainwater*
Austin Rainwater, WSBA No. 41904
Jessica Brown (*pro hac vice*)
701 Fifth Avenue, Suite 4700
Seattle, WA 98104
Austin.Rainwater@hklaw.com
Jessica.Brown@hklaw.com
Telephone: 206.505.4000
Fax: 206.505.4099

*Attorneys for Defendant Costco Wholesale Corporation*

STIPULATED MOTION AND ORDER- 3
Case No. 2:25-cv-02277-KKE

100 S.E. Second Street
Miami, Florida 33131
Telephone: 305.577.4177

*Attorneys for Plaintiffs*

STIPULATED MOTION AND ORDER- 4
Case No. 2:25-cv-02277-KKE

HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA  98104-7029 |
Tel: 206.505.4000

**ORDER**

IT IS SO ORDERED.

Dated this 6th day of April, 2026.

Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER- 5
Case No. 2:25-cv-02277-KKE

HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104-7029 |
Tel: 206.505.4000