UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NELSON SALISBURY, et al.,<br><br>Plaintiff(s),<br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Defendant(s). | CASE NO. C25-2277-KKE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

(1) On September 3, 2026, counsel for Defendant delivered to the Clerk's office a notice of intent to file a statement of interest in this litigation on behalf of the Government of Mexico. The Government of Mexico is not a party to this litigation, and counsel for Defendant does not intend to represent it.

(2) To the extent any non-party entity, including the Government of Mexico, wishes to offer their views in this litigation, the Court directs such entities to do so as amicus curiae through local counsel. An individual or entity seeking to participate as amicus curiae must file a motion for leave to file an amicus brief, which must be accompanied by a copy of the proposed amicus brief. *See* Local Rules W.D. Wash. LCR 7(o)(2).

(3) Any party may file an opposition to a motion for leave to file an amicus brief, concisely stating the reasons for such opposition, within 7 days after service of the motion. *See* LCR 7(o)(2).

Dated this 9th day of September 2026.

Joshua C. Lewis
Clerk

*/s/ Alejandro Pasaye Hernandez*
Deputy Clerk